# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE KELLY, as General Manager of THE NEW YORK-NEW JERSEY REGIONAL JOINT BOARD, WORKERS UNITED, A/W SEIU, and its subordinate bodies LOCAL 340 and LOCAL 25<br><br>                                                                      Plaintiffs,<br><br>           v.<br><br>MARK GASTON PEARCE, as Chairman and Member, and KENT HIROZAWA, PHILIP MISCIMARRA, HARRY JOHNSON, III, and LAUREN MCFERRAN as Members of the NATIONAL LABOR RELATIONS BOARD<br><br>Defendants. | 1:15-cv-05117-CM<br>**MOTION FOR ADMISSION PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern District of New York, I Matthew Bruenig, hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for the defendants in the above-captioned action.

I am in good standing of the bar of the state of South Dakota and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: 08/05/2015

Respectfully Submitted,

 /s/ _Matthew Bruenig_
Matthew Bruenig
Attorney
National Labor Relations Board
Contempt, Compliance, and Special Litigation Branch
1015 Half Street SE
Suite 4032B
Washington, DC 20570
(202) 273-3831
mbruenig@nlrb.gov