# STATE OF SOUTH DAKOTA

# IN THE SUPREME COURT

*I Hereby Certify* that Matthew Bruenig was on the 7th day of January in the year two thousand fifteen admitted to practice as an Attorney and Counselor at Law in all the Courts of South Dakota; that Matthew Bruenig has been in good standing since that date on active status in good standing.

*I further Certify* that no disciplinary action is presently pending against Matthew Bruenig nor has any discipline heretofore been imposed upon him.

DATED at Pierre, South Dakota, this 30th day of July 2015.

_____
*Clerk of the Supreme Court*