UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JULIE KELLY, as General Manager of<br>THE NEW YORK-NEW JERSEY REGIONAL JOINT BOARD,<br>WORKERS UNITED, A/W SEIU, and its subordinate<br>bodies, LOCAL 340 and LOCAL 25<br><br>                              Plaintiffs,<br><br>       v.<br><br>MARK GASTON PEARCE, as Chairman and<br>Member, and KENT HIROZAWA, PHILIP MISCIMARRA,<br>HARRY JOHNSON, III, and LAUREN MCFERRAN as<br>Members of the NATIONAL LABOR RELATIONS BOARD<br><br>                              Defendants. | 1:15-cv-05117-CM<br><br>**NOTICE OF MOTION**<br>**TO DISMISS** |

PLEASE TAKE NOTICE, that upon the Memorandum of Law and accompanying exhibits, Defendants shall move this Court, before the Honorable Colleen McMahon, at the Courthouse located at 500 Pearl Street, New York, NY 10007-1312, at a date and time to be determined by the Court, to dismiss the Plaintiffs' Complaint and deny Plaintiffs' request for an injunction vacating the decision of the National Labor Relations Board in NLRB case number 02-UC-062745 dated December 18, 2014.

Dated: August 14, 2015

        Respectfully submitted,

        */s/ Dawn L. Goldstein*
        Dawn L. Goldstein
        Supervisory Attorney
        National Labor Relations Board
        Contempt, Compliance, and Special Litigation Branch
        1015 Half Street, S.E.
        Room 4017
        Washington, DC 20570
        (202) 273-2936
        Dawn.Goldstein@nlrb.gov
        admitted *pro hac vice*

        Matthew Bruenig
        Attorney
        (202) 273-3831
        mbruenig@nlrb.gov
        admitted *pro hac vice*