

| |
|---|
| **UNITED STATES GOVERNMENT** |
| **NATIONAL LABOR RELATIONS BOARD** |
| **OFFICE OF THE GENERAL COUNSEL** |
| **DIVISION OF LEGAL COUNSEL** |
| **CONTEMPT, COMPLIANCE, AND SPECIAL LITIGATION BRANCH** |
| Washington, D.C.   20570 |

November 18, 2015

**VIA Electronic Case Filing**

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: *Kelly v. Pearce*, Case No. 1:15-cv-05117-ALC

Dear Judge Carter:

      As permitted by this Court in the November 5 status conference concerning the above-referenced case, this letter responds to Mr. Murray's November 12, 2015 letter (Docket #51). Mr. Murray's letter essentially repeats the argument previously made by Plaintiffs Kelly *et al.* in their Opposition to the Board's Motion to Dismiss (Docket #45). That is Plaintiffs claim that the Board's processing of the Employer's unit clarification petition effectively forced the Union to make a contractual concession by disregarding the parties' implied agreement to forego access to the Board's representational processes. As a substantive matter, the Board fully responded to this argument in its Reply in support of its Motion to Dismiss (Docket # 48) at 6-10.

      More importantly, because it is clear that this Court lacks jurisdiction to review the Board's unit clarification proceeding, as fully explained in the Board's filings in this matter (Docket # 40 and # 48), the above-referenced case should be dismissed.

      Unfortunately, the Board cannot opine as to the proper disposition of the two related cases between the New York New Jersey Regional Joint Board, Local 340 and Brooks Brothers Group, Inc., 1:12-cv-05006-ALC and 1:15-cv-08365-ALC, because the Board is not a party to those matters.

Honorable Andrew L. Carter, Jr.
November 18, 2015
Page 2

                        Respectfully submitted,

                        */s/ Dawn L. Goldstein*
                        Dawn L. Goldstein
                        Supervisory Attorney

                        Matthew Bruenig
                        Attorney

                        National Labor Relations Board
                        Contempt, Compliance, and Special Litigation Branch
                        1015 Half Street, S.E.
                        Room 4017
                        Washington, DC 20570
                        (202) 273-2936
                        Dawn.Goldstein@nlrb.gov

                        Admitted *Pro Hac Vice*

Cc:  Mr. Thomas Murray
      Mr. Theo Gould